**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7344**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHNEY FREEMAN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior District Judge; Rebecca Beach Smith, District Judge.  (2:88-cr-00076-jcc; 2:97-cv-00409-jcc)

Submitted:  November 15, 2007      Decided:  November 27, 2007

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johney Freeman, Appellant Pro Se.  Robert Joseph Seidel, Jr., Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johney Freeman appeals the district court's marginal orders denying his "Motion to Correct Clerical Errors" and "Supplemental Affidavit In Support of Motion." Relying on Fed. R. Crim. P. 35(a) and 36, Freeman seeks to alter the district court's docket entries and other notations related to his civil actions dismissed in 1994 and 1997. The criminal rules upon which Freeman relies provide him no relief in altering the district court's treatment of his civil actions. See United States v. Fraley, 988 F.2d 4, 5-6 (4th Cir. 1993) (noting limited scope of Criminal Rules 35 and 36). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED